**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6087**

FREDDY C. PEREZ,

Plaintiff - Appellant,

versus

DOUGLAS VEENEY, Sgt. @ Polk Youth Institution,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:04-ct-00911-BO)

Submitted:  May 31, 2007               Decided:  June 7, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Freddy C. Perez, Appellant Pro Se.  Elizabeth F. Parsons, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddy C. Perez appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Perez v. Veeney, No. 5:04-ct-00911-BO (E.D.N.C. Jan. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED